UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSE BALAITY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER 06-1632** |
| **ALLSTATE INSURANCE CO.** | * | **SECTION "L" (4)** |

## ORDER

Pending before the Court is the Plaintiff's Motion to Remand (Rec. Doc. 4). In his motion, the Plaintiff contends that this Court lacks subject matter jurisdiction over this action because the parties are not diverse and the amount in controversy does not exceed $75,000. In its opposition, the Defendant agrees that the amount in controversy does not exceed $75,000 and, as such, agrees that this matter should be remanded. Therefore, considering there is no opposition to the Plaintiff's motion and it is based in law and fact, IT IS ORDERED that this action be REMANDED to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this   11th   day of   May  , 2006.

_____
UNITED STATES DISTRICT JUDGE